UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Case No. 17-cv-11209
                                              Hon. Matthew F. Leitman

v.

SEVENTEEN THOUSAND SIX
HUNDRED SIXTY EIGHT DOLLARS
($17,668) IN U.S CURRENCY; FIVE
THOUSAND ONE HUNDRED TWENTY
TWO DOLLARS ($5,122) IN U.S. CURRENCY;
AND FORTY THOUSAND DOLLARS ($40,000)
IN U.S. CURRENCY,

        Defendants.
_____/

## **ORDER OF DISMISSAL OF DEFENDANTS *IN REM* $5,122 IN U.S. CURRENCY AND $40,000 IN U.S. CURRENCY FROM CASE**

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED as to Defendants *in rem* $5,122 in U.S. Currency and $40,000 in U.S. Currency.

    **IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: July 7, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2017, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764