UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Seventeen Thousand Six Hundred
Sixty Eight Dollars ($17,668) in
U.S. Currency,

        Defendant *in rem*.
_____/

Case No. 17-cv-11209
Hon: Matthew F. Leitman

## **DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

This matter having come before the Court on Plaintiff United States of America's ("United States") Motion for Entry of Default Judgment and Final Order of Forfeiture Against all Interested Parties as to the Defendant *in rem*, and the Court being fully advised in the premises, it is:

**ORDERED, ADJUDGED and DECREED** that the United States' Motion for Entry of Default Judgment and Final Order of Forfeiture Against All Interested Parties as to the Defendant *in rem* is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Defendant *in rem*, which consists of Seventeen Thousand Six Hundred Sixty Eight Dollars ($17,668) in U.S. Currency, is **FORFEITED** to the United States pursuant to 21 U.S.C. § 881(a)(6).

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that any right, title, or ownership interest of Lamar Lemon, Michael Roy Pickel, Jr., or their successors and assigns, to the Defendant *in rem*, and any right, title or ownership interest of any and all other persons, or their successors and assigns, to the Defendant *in rem* is **EXTINGUISHED**, and clear title to the Defendant *in rem* is **VESTED** in the United States.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the United States Marshal's Service, or its designee, is **AUTHORIZED** to dispose of the Defendant *in rem* according to law.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 16, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 16, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764